## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE COMFORT,<br>    *Plaintiff*, : <br>: <br>v. : <br>: <br>OCWEN LOAN SERVICING : <br>    *Defendant*. : | CIVIL ACTION<br>NO.: 18-3090 |

## ORDER

**AND NOW**, this 14th day of November, 2018, upon consideration of the Report of Rule 26(f) Meeting received by the Court on October 31, 2018, and the representations made by counsel at the telephonic Rule 16 Conference held on November 7, 2018, it is hereby **ORDERED** as follows:

1. Fact discovery shall be completed by <u>February 4, 2019</u>.

2. Within thirty (30) days after the close of fact discovery, this matter shall be **REFERRED** to the Honorable Lynne A. Sitarski, United States Magistrate Judge, for a settlement conference.

3. Should the parties fail to settle, the parties shall file a status update with the Court within ten (10) days of the settlement conference. In said status update, the parties shall indicate their willingness to participate in the Court-Annexed Mediation Program (with a mutually agreeable mediator selected from the Eastern District's "List of Approved Mediators" and without cost to any party).[1]

4. After receiving the parties' status update, the Court will issue an additional Case Management Order for expert discovery and dispositive motions.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.

---

[1] *See* http://www.paed.uscourts.gov/documents2/mediation.