# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSE COMFORT,                          :
   *Plaintiff*,                         :
                                         :          CIVIL ACTION
v.                                      :          NO.: 18-3090
                                         :
OCWEN LOAN SERVICING,                   :
   *Defendant*.                        :

## ORDER

**AND NOW**, this 21st day of February, 2019, upon consideration of representations made by counsel in the letter dated February 20, 2019, it is hereby **ORDERED** that the above-referenced matter is **DISMISSED** pursuant to Local Rule 41.1(b).

The Clerk of Court is directed to **CLOSE** this matter for statistical and all other purposes.


                              BY THE COURT:


                              */s/ C. Darnell Jones, II*
                              C. DARNELL JONES, II     J.